**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

UNITED STATES OF AMERICA     )
                                    )
v.                                    )     Case No. 3:13-cr-00170
                                    )     Chief Judge Haynes
AARON WAYNE CARDEN      )

## O R D E R

The sentencing hearing is set in this action for **Friday, February 21, 2014 at 3:00 p.m.,** in the United States Courthouse in Nashville, Tennessee. By **Monday, February 10, 2014,** counsel shall submit their memoranda, response and/or reply as well as the number of witnesses to be called and the expected length of the hearing. Failure to comply with this deadline may result in the resetting of the sentencing hearing. Counsel shall be prepared to discuss any forfeiture issues.

It is so **ORDERED**.

**ENTERED** this the ⟶day of December, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court