IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:13-cr-00170 |
| | ) | Chief Judge Haynes |
| AARON WAYNE CARDEN | ) | |

## ORDER

The sentencing hearing is set in this action currently set for Friday, February 21, 2014 at 3:00 p.m., is reset for **Thursday, February 20, 2014 at 3:30 p.m.** in the United States Courthouse in Nashville, Tennessee.

It is so **ORDERED**.

**ENTERED** this the 5th day of February, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court